IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

Roland Dwayne Sheperd,

              Debtor(s).   /

Case No.: 10-11607
Chapter: 7

ORDER OF DISMISSAL
———

On April 29, 2010, the above captioned debtor filed a petition pursuant to chapter 7 of the Bankruptcy Code. A 341 hearing was set and duly noticed by this court for June 6, 2010. The debtor failed to appear at that time, and the Trustee filed a Report of Non-Appearance and Request for Dismissal. The court then set and noticed an Order for Hearing re Sanctions for June 18, 2010. Again, the debtor failed to appear at the hearing re sanctions as ordered.

In light of the above and good cause appearing,

IT IS ORDERED that the above captioned case is dismissed.

Dated: June 18, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge